Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 1757 | DATE | 5/10/2001 |
| CASE TITLE | Division Sales, Inc. Vs. Kmart Corporation | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant moved to dismiss or to transfer, based upon a mandatory forum selection provision in the Purchase Order Terms and Conditions Agreement. This case is transferred to the Eastern District of Michigan.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | | MAY 14 2001 |
| | Notified counsel by telephone. | | date docketed |
| ✓ | Docketing to mail notices. | | |
| | Mail A 450 form. | ED-7 FILED FOR DOCKETING | docketing deputy initials |
| | Copy to judge/magistrate judge. | 01 MAY 11 PM 12: 04 | date mailed notice |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIVISION SALES, INC.,

    Plaintiff,

vs.      No. 01 C 1757

KMART CORPORATION,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Plaintiff brought this contract claim against defendant in state court and defendant removed. Defendant then moved to dismiss or to transfer, based upon a mandatory forum selection provision in the Purchase Order Terms and Conditions Agreement. Plaintiff earlier indicated an intention to oppose the motion, but it has filed nothing in opposition. And it is evident why no opposition has been filed. Forum selection clauses are presumptively valid, and they are to be followed unless enforcement would be unreasonable or unjust or the provision was procured by fraud or overreaching. There is nothing here to suggest that the provision here is anything more or less than it purports to be – a forum selection clause insisted upon by one party to a commercial relationship as a condition of doing business with the other. This case is transferred to the Eastern District of Michigan.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 10, 2001.